United States District Court
Southern District of Texas
**ENTERED**
May 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK CHARLES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4433 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff Patrick Charles brought this suit against Defendant Allstate Vehicle and Property Insurance Company alleging it failed to properly cover storm damage pursuant to Plaintiff's insurance policy. Defendant filed a Motion for Summary Judgment. (Doc. No. 22). The Court granted this motion on April 27, 2020. (Minute Entry 4/27/2020).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Allstate Vehicle and Property Insurance Company.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st day of May, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE